IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:00CR3013 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK D. NELSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have read the defendant's response (filing no. 95).

IT IS ORDERED that:

(1) The undersigned will hold this matter in abeyance for a limited period of time with the hope that the Court of Appeals will issue or deny Mr. Nelson's application to file a successive petition (motion).

(2) Defense counsel is ordered to provide monthly status reports commencing on Monday, November 6, 2017, and every 30 days thereafter, regarding the status of Mr. Nelson's application to file a successive petition (motion).

(3) The Clerk's office shall call this matter to my attention if and when it receives notice from the Court of Appeals regarding Mr. Nelson's application to file a successive petition (motion).

DATED this 5th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge