IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:00CR3013 |
| v. | ) | |
| MARK D. NELSON, | ) | ORDER |
| Defendant. | ) | |

The United States Court of Appeals for the Eighth Circuit has denied Mr. Nelson's request to file a successive petition (motion) under § 2255 (filing nos. 98 and 99). Therefore,

IT IS ORDERED that the motion to vacate under 28 U.S.C. 2255 (filing no. 90) is dismissed with prejudice. No certificate of appealability has been or will be issued. A separate judgment will be filed.

DATED this 23rd day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge